UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                        HONORABLE PAUL L. MALONEY

v.

                        Case No. 1:10-cr-128

MICHAEL J. BLASHILL,

        Defendant.

_____/

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

        Before the Court is the Defendant's motion for ends of justice continuance of the final

pretrial presently scheduled for June 28, 2010 and trial scheduled for July 21, 2010.  The basis of

the Defendant's motion is that additional time is necessary for defendant to view evidence, obtain

expert testimony if necessary, and prepare for trial.  The defendant has signed a waiver of his

right to a speedy trial.   The government does not oppose the motion.

        The Court finds that the ends of justice served by the granting of a continuance outweighs

the best interest of the public and the defendant in a speedy trial.

        NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice

continuance is hereby entered.  The final pretrial conference is rescheduled to **September 7,**

**2010 at 9:30 a.m.**  Jury trial is rescheduled to **September 21, 2010 at 8:45 a.m.**


Dated: June 22, 2010                   _/s/ Paul L. Maloney_____
                                Paul L. Maloney
                                Chief United States District Judge